CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 1 2012

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 5:10cr00026 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| RALPH LEON JACKSON | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Jackson's motion to vacate is **DENIED** and this action is **STRICKEN** from the active docket of the court. Further, finding that Jackson has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**. The Clerk of the Court is directed to send certified copies of this Memorandum Opinion and accompanying Order to Jackson.

**Enter:** March 1, 2012.

UNITED STATES DISTRICT JUDGE